IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

JACK COMBS,           :
                      :
    Petitioner        :
                      :
v.                    :   CIVIL NO. 4:CV-17-61
                      :
SUPERINTENDENT BRITTAIN,  :   (Judge Brann)
                      :
    Respondent        :

## **ORDER**

February 1, 2017

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The Clerk of Court is directed to **TRANSFER** this case to the United States District Court for the Eastern District of Pennsylvania.

2. The Clerk of Court is directed to **CLOSE** the case.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge